IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DAVID STUA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | NO.  9:26-CV-00278-MJT-ZJH |
| ROGGAN STANZEL, IN HIS OFFICIAL | § | |
| AND INDIVIDUAL CAPACITIES; KEITH | § | JUDGE MICHAEL TRUNCALE |
| WRIGHT, IN HIS OFFICIAL AND | § | |
| INDIVIDUAL CAPACITIES;  ANGELINA | § | |
| COUNTY, TEXAS, CHARLES HAVARD, IN | § | |
| HIS OFFICIAL AND INDIVIDUAL | § | |
| CAPACITIES; | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 17, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  Now before the Court is *pro se* Plaintiff David Stua's ("Stua") *Motion for Leave to Proceed in forma pauperis*.  Dkt. 2.  On May 21, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 6], which recommended denying Stua's motion.  On June 3, 2026, Stua filed an *Objection* [Dkt. 7] and a *Supplemental Unsworn Declaration* [Dkt. 8].

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects.  28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3).  The court has reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 6] and has considered Stua's *Objections* [Dkt. 7-8].  The court holds that Judge Hawthorn's findings and conclusions of law are correct, and that Stua's objections are without merit.

It is, therefore, ORDERED that Plaintiff David Stua pay the $405.00 filing fee to the Clerk's office within fourteen days of the date of this Order. Failure to pay the filing fee by this date may result in a dismissal of this action for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED this 16th day of June, 2026.**

_____
Michael J. Truncale
United States District Judge