**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| DAVID STUA,<br><br>*Plaintiff*,<br><br>v.<br><br>ROGGAN STANZEL, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; KEITH WRIGHT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; ANGELINA COUNTY, TEXAS; CHARLES HAVARD, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 9:26-CV-00278-MJT-ZJH<br><br>JUDGE MICHAEL TRUNCALE |

ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 17, 2026, the Court referred this case to United States Magistrate Judge Zack Hawthorn. On May 21, 2026, Judge Hawthorn issued a *Report and Recommendation Denying Plaintiff's Motion for Leave to Proceed in Forma Pauperis*. Dkt. 6. On June 3, 2026, Plaintiff David Stua ("Stua") filed an *Objection* to that report. Dkt. 7. On June 16, 2026, the Court issued an *Order* overruling Stua's *Objection*, adopting Judge Hawthorn's report, and ordering Stua to pay the $405.00 filing fee to the Clerk's office within fourteen days. Dkt. 9. On July 8, 2026, the Court entered an *Order of Dismissal* [Dkt. 10] and *Final Judgment* [Dkt. 11] in this case because Stua failed to pay the filing fee and therefore, failed to comply with the Court's *Order*.

Pending before the Court is Stua's *Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) and Brief in Support*. Dkt. 12. On August 18, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 13], which recommended denying Stua's *Motion for Relief from Judgment*

*Under Fed. R. Civ. P. 60(b) and Brief in Support* because Stua does not identify any newly discovered evidence, fraud, or other circumstances that would justify relief under Rule 60(b)(1)-(5) to reopen the case. On August 25, 2026, Stua filed an *Objection* [Dkt. 14] to Judge Hawthorn's *Report and Recommendation*.

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3). The court has reviewed *de novo* Judge Hawthorn's *Report and Recommendation* in light of Stua's objections. The Court concludes that Judge Hawthorn's findings and conclusions of law are correct, and that Stua's objections are without merit.

It is therefore ORDERED that Stua's *Objections* [Dkt. 14] are OVERRULED. It is further ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 13] is ADOPTED, and Stua's *Motion for Relief from Judgment* [Dkt. 12] is DENIED.

**SIGNED this 18th day of September, 2026.**

Michael J. Truncale
United States District Judge